1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   ERIN SNIDER, Bar #304781
    Assistant Federal Defender
3   Office of the Federal Defender
    2300 Tulare Street, Suite 330
4   Fresno, California 93721
    Tel: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    ISAAC ZEPEDA
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
    UNITED STATES OF AMERICA,            Case No.  1:16-cr-00040-JLT-SKO-1
12
                    Plaintiff,           **ORDER FOR RELEASE AND**
13                                        **TRANSPORT TO SALVATION**
    vs.                                   **ARMY**
14
    ISAAC ZEPEDA,
15
                    Defendant.
16

17          IT IS HEREBY ORDERED that defendant Isaac Zepeda (Fresno County Sheriff's Office

18  JID 7021966) shall be released from the Fresno County Jail on Wednesday, May 15, 2024, at

19  9:00 a.m. and transported to the Salvation Army Adult Rehabilitation Center, located at 804 S

20  Parallel Ave, Fresno, CA 93702, for intake and admission into the program. To ensure his safe

21  transport to the program, the Jail will release Mr. Zepeda to the custody of Kevin Mitchel,

22  Federal Defender Office representative.

23
    IT IS SO ORDERED.
24
      Dated:   **May 13, 2024**                      _____
25                                                    UNITED STATES DISTRICT JUDGE
26

27

28