HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ISAAC ZEPEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>ISAAC ZEPEDA,<br><br>　　　　　　　　Defendant. | Case No. 1:16-cr-00040-JLT-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>Date:　September 30, 2024<br>Time:　9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Isaac Zepeda, that the Court may continue the sentencing hearing currently scheduled for September 16, 2024, at 9:00 a.m. to September 30, 2024, at 9:00 a.m.

Undersigned defense counsel requires additional time to obtain documents relevant to sentencing and, in particular, medical records that may assist in ensuring Mr. Zepeda receives appropriate treatment through the Bureau of Prisons. Moreover, defense counsel is currently assisting Mr. Zepeda in filing a petition to establish the circumstances of his birth in Fresno County Superior Court so that he may obtain an identification following his release from imprisonment. A continuance of the sentencing hearing will ensure that Mr. Zepeda to remains at Fresno County Jail pending the disposition of the petition. The government and the probation

officer do not oppose a continuance of the sentencing hearing to September 30, 2024.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: September 11, 2024              */s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: September 11, 2024              */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ISAAC ZEPEDA

**O R D E R**

The sentencing hearing currently scheduled for September 16, 2024, is hereby continued to September 30, 2024, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **September 11, 2024**                                   [signature]
                                                                   UNITED STATES DISTRICT JUDGE