HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ISAAC ZEPEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:16-cr-00040-JLT-SKO |
| Plaintiff, | |
| vs. | **SEALING ORDER** |
| ISAAC ZEPEDA, | Judge: Hon. Jennifer L. Thurston |
| Defendant. | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Exhibit A to Defendant Isaac Zepeda's Sentencing Memorandum shall be filed **under seal** until further order of the Court.

IT IS SO ORDERED.

Dated:   **September 26, 2024**

_____
UNITED STATES DISTRICT JUDGE

[Proposed] Sealing Order