HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ISAAC ZEPEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>ISAAC ZEPEDA,<br><br>         Defendant. | Case No. 1:16-cr-00040-JLT-SKO<br><br>**ORDER GRANTING MOTION TO ESTABLISH IDENTITY** |

Defendant Isaac Zepeda's motion to establish identity is hereby **GRANTED**. The Court hereby finds that the true and correct name of the defendant in the above-captioned case is Isaac Lee Zepeda, who was born on August 22, 1989, in Phoenix, Arizona.

IT IS SO ORDERED.

Dated: **October 18, 2024**             /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE