1    HEATHER E. WILLIAMS, CA Bar #122664
     Federal Defender
2    ERIN SNIDER, CA Bar #304781
     Assistant Federal Defender
3    Office of the Federal Defender
     2300 Tulare Street, Suite 330
4    Fresno, CA  93721-2226
     Telephone: (559) 487-5561
5    Fax: (559) 487-5950

6    Attorneys for Defendant
     ISAAC ZEPEDA

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              Case No. 1:16-cr-00040-JLT-SKO

12              Plaintiff,                   **STIPULATION TO CONTINUE**
                                             **SENTENCING HEARING; ORDER**
13   vs.
                                             Date:  September 29, 2025
14   ISAAC ZEPEDA,                           Time:  9:00 a.m.
                                             Judge: Hon. Jennifer L. Thurston
15              Defendant.

16

17        IT IS HEREBY STIPULATED by and between the parties through their respective

18   counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant

19   Federal Defender Erin Snider, counsel for Isaac Zepeda, that the Court may continue the

20   sentencing hearing currently scheduled for August 25, 2025, at 9:00 a.m. to September 29, 2025,

21   at 9:00 a.m.

22        Undersigned defense counsel requires additional time to review the dispositional

23   memorandum with her client and to prepare for sentencing. The government and the probation

24   officer do not oppose a continuance of the sentencing hearing to September 29, 2025.

25        **IT IS SO STIPULATED.**

26   / / /

27   / / /

28   / / /

1

2

Respectfully submitted,

3

ERIC GRANT
United States Attorney

4

Date: August 20, 2025

5

*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

6

7

HEATHER E. WILLIAMS
Federal Defender

8

9

Date: August 20, 2025

10

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ISAAC ZEPEDA

11

12

13

**O R D E R**

14

**IT IS SO ORDERED.** The sentencing hearing currently scheduled for August 25, 2025,

15

is hereby continued to September 29, 2025, at 9:00 a.m.

16

17

IT IS SO ORDERED.

18

Dated:   **August 21, 2025**

19

UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

Zepeda – Stipulation to Continue Sentencing Hearing          2