HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Tel: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ISAAC ZEPEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISAAC ZEPEA,<br><br>Defendant. | Case No. 1:16-cr-00040-JLT-SKO<br><br>**ORDER FOR RELEASE** |

IT IS HEREBY ORDERED that defendant Isaac Zepeda (Fresno County Jail ID 7021966) shall be immediately released from the Fresno County Jail on Monday, October 6, 2025, at 8:00 a.m. and transported to WestCare, located at 611 E. Belmont Ave., Fresno, CA 93701, for intake and admission into the program. To ensure his safe transport to the program, the Jail will release Mr. Zepeda to the custody of Kevin Mitchel, Federal Defender Office representative.

IT IS SO ORDERED.

Dated:   **October 3, 2025**

_____
UNITED STATES DISTRICT JUDGE