HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ISAAC ZEPEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISAAC ZEPEDA,<br><br>Defendant. | Case No. 1:16-cr-00040-JLT-SKO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date:  July 2, 2026<br>Time:  2:00 P.M.<br>Judge: DUTY |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Isaac Zepeda, that the Court may continue the status conference currently scheduled for May 14, 2025, at 2:00 p.m. to July 2, 2026, at 2:00 p.m.

Undersigned counsel was assigned this case on May 4, 2026, after the status conference was already scheduled. Undersigned counsel is out of the office the week of May 11 and will be unable to attend court on May 14, the date of the currently scheduled status conference. Additionally, undersigned counsel is currently preparing for a trial scheduled to begin on June 16, 2026. To ensure adequate time to meet with Mr. Zepeda and discuss his options, undersigned counsel is requesting a continuance to July 2, 2026. The government and the probation officer do not oppose this request.

**IT IS SO STIPULATED.**

Respectfully submitted,


ERIC GRANT
United States Attorney

Date: May 8, 2026                    /s/ Chan Hee Chu
                                     CHAN HEE CHU
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


                                     HEATHER E. WILLIAMS
                                     Federal Defender


Date: May 8, 2026                    /s/ Erin Snider
                                     ERIN SNIDER
                                     Assistant Federal Defender
                                     Attorney for Defendant
                                     ISAAC ZEPEDA


## O R D E R

**IT IS SO ORDERED.** The status conference currently scheduled for May 14, 2026, is hereby continued to July 2, 2026, at 2:00 p.m.   The defendant is ordered to appear.


IT IS SO ORDERED.

Dated:   **May 8, 2026**
                                     _____
                                     STANLEY A. BOONE
                                     United States Magistrate Judge