HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ISAAC ZEPEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISAAC ZEPEDA,<br><br>Defendant. | Case No. 1:16-cr-00040-JLT-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING; ORDER**<br><br>Date: December 14, 2026<br>Time: 9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Chan Hee Chu, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Isaac Zepeda, that the Court may continue the sentencing hearing currently scheduled for September 14, 2026, at 9:00 a.m. to December 14, 2026, at 9:00 a.m.

Undersigned defense counsel requires additional time to develop a potential release plan for Mr. Zepeda. Specifically, defense counsel is working to get services set up with Fresno County Behavioral Health so that Mr. Zepeda is released from any term of imprisonment with assistance already in place. Due to upcoming pre-planned leave and other case obligations, defense counsel is requesting a three-month continuance. The government and the probation officer do not oppose a continuance of the sentencing hearing to December 14, 2026.

**IT IS SO STIPULATED.**

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: September 9, 2026

*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: September 9, 2026

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
ISAAC ZEPEDA

**ORDER**

**IT IS SO ORDERED.** The sentencing hearing currently scheduled for September 14, 2026, is hereby continued to December 14, 2026, at 9:00 a.m.

IT IS SO ORDERED.

Dated: September 10, 2026

UNITED STATES DISTRICT JUDGE